# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

RECEIVED   KLH   Aug 7-5-11

11 JUL -5  AM 9: 32

U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

| IN RE: | **UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND** |
|---|---|
| SEAN E FOSTER | |
| Debtor(s) | **CASE NO. BKY 08-42059 RJK** |

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Nationwide Collections, Inc. in the amount of $15.44, were unclaimed.

CREDITOR:
Nationwide Collections, Inc.
For BMG Music
805 Virginia Ave, Suite 1
Fort Pierce, FL 34982

| CLAIM NUMBER: | AMOUNT: |
|---|---|
| 2 | $15.44 |

ACCOUNT NUMBER:
CI606191

**Jasmine Z. Keller, Trustee**

Dated: July 1, 2011

/s/ Jasmine Z. Keller/jj
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee